1. CIVIL No. 2:25-CV-00217-BR    Page 1 of 12

Fifth Circuit Court of Appeals

October 8, 2025

OCT 15 2025 PM 1:51
FILED - USDC - NDTX - AM

Bad Judge Lee Ann Reno, on records. FRAUD

2. Lowell Quincy Green Blm on B:
06/13/1965 Social Security Number
Last Four Digits 3440
Birth Place: 114 Roger Street
McGregor, Texas 76657 (McLennan)
County. ACTS OF CONGRESS
2 86 F.R. § 16.30 - 16.34

3. United States Department
of Justice Federal Bureau of In-
vestigation FBI Section Chief
Scott A. Reno. 1000 Custer Hollow Road
Clarksburg, WV 26306. Finger-
Print analysis Reviewed
U.S. District Court Northern District
of Texas (Amarillo) CIVIL DOCKET
FOR CASE#: 2:25-CV-00217-2-BR,

Page 1. see other side,

Green v. Unknown Defendants. 18 USC § 242

4) Date Filed: 10/01/2025 Contempt Judge
Matthew J. Kacsmaryk "lying" under
his own Oath, with Lee Ann Reno,
this Case is No. 7:16-CV-14 (N.D.Tex.
Amarillo Feb. 2016) Informa Pauperis
Judge Reed O'Conner (5) Lowell Quincy
Green, 1994-659-L 119 Roger Street,
McGregor, Texas 76657 54th District
Court of McLennan County, Texas

5) January 02, 1994 Aggravated Sexual
Assault with a Deadly Weapon,
Lo-wit: Knife. McGregor Police
Complainant Angela Ladesma
Public Records (254) 757-5064

(District) Clerk Jon R. Gimble
Cannot be Frivolous indictment

Page 2.

Cause no. 1994-654-C 54th District Court of McLennan County, Texas Lowell Quincy Green 119 Rogar Street McGregor, Texas 76657. December 07, 1994 Plea Bargain, Possession Controlled Substance namely: Cocaine, Judge George Allen-President Attorney for State: John Segrest Attorney for Defendant: Russell D. Hunt, Sr (illegal) 25 years required no objection SID-TX 03036024 UID#0247 Tx# 578622,

(4) Ex Parte Green, 1994-654-C August 20, 2018, 54th District Court of McLennan County, Texas; Judge Matt Johnson, District Attorney

Page 3, See other side

Barry N. Johnson, Gabriel Price, there
is no indictment 1994-654-C
for Crack Cocaine on File...,
WR-82,981-08 (Tex. Crim. App.) Austin,
Texas, Cause no. 1994-654-C,
Lowell Quincy Green, 54th District
Court McLennan County, Texas,
119 Roger Street McGregor, TX
76657 (January 2019) Writ Denied
Without Written Orders...

(5) Lowell Quincy Green on Polunsky Writ,
unlawfully restrained by Warden
Daniel Dickerson (WR-82,981-09)
Cause no. 1994-654, 54th District
Court, McLennan County, Texas,

(6) 28 USC § 2254, No. 4:19-CV-00051
(S.D. TX Houston Jan. 02, 2019)

Page 4.

Page 5 of 12

Ken Patten, & Edward Larry marshall, Texas Attorney General, United States District Judge Gray H. Miller is the problem violating his own Oath before Congress, he actually forwarded this illegal Conviction to the Western District of Texas Waco, New Number Green V. Davis, USDC No. 6:14-CV-008 (Judge Alan D. Albright)(Contempt) see

G Green V. Davis, 3:18-CV-3304 (N.D.Tex Dallas Jan. 2019) Judge David L. Horan, transferred the case to Judge Alan D. Albright (Contempt) No. 6:14-CV-410 CONGRESS disallows Treason in office it can & not

page 5. see other side

be ignored, No. 6:22-CV-609
bad judge Alan D. Albright June
2022 he accepted Rebecca
Rutherford, 3:22-CV-01248 FBI
FILES, Required no objection,
No judge can lie to the FBI,
the records in Rebecca Rutherford
possession can impeach every
body with knowledge "lying"
the clerk can be charged
with conspiracy as long as
they refuse to produce
the FBI Files, 2:25-CV-0027,
How did Telford unit documents
end up in Amarillo? Some-
body is lying, Matthew

Page 6.

Page 7 of 12

J. Kacsmryk sign 2:14-cv-01681
(E.D. Wis @ 11/2019) Judge J.F.
Stadtmueller, see Saylor b
⑧ Circuit 23-3191 (July 30, 2025)
312-435-5850. When a Texas
Federal Judge lie for Lee
Ann Reno, he need to be
removed from office

⑨ Green v. McLennan County,
Texas, Defendant, Pending
(25-2449) 7th Cir. Aug. 27, 2025
Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn
Street Chicago, Illinois 60604
⑩ (2:25-cv-00217) who is the
Page 7. See other side,

Page-8 of 12

Defendants in Amarillo? It said 3:24-cv-2804. We have a serious FBI Problem. The Judge Committed Federal crimes, ~~Darrell~~ Green Paralegal student #085745 Blackstone Career Institute P.O. Box 3717 Allentown, PA 18106. When Federal Judges Lie, we report them and create files for Congress.

12) A Paralegal Can file 2254 Petitions with Judge Matthew J. Kacsmaryk, he will always give it to Lee Ann Reno

Page 8.

Page 9 of 12

No. 2:25-CV-205-2-BR The
Texas Attorney General Appeared,

(13) See Brantley Starr Green
v. Ken Paxton, 3:24-CV-0192-X (BS)
Telford Unit. (9/17/2024) Bad
Federal Judges.

(14) Supreme Court 25-40314
Green.v. Guerrero (5th Cir) violating
Green Federal rights, 28 USC § 2254
No. 5:24-CV-146 (E.Dtex Texarkana,
WL 1140221 and WL 1140226, ct. #2
(FALSE IMPRISONMENT) IS TREASON
Reviewed by Supreme Clerk
Angela Jiminez (202) 479-3342
Fifth Circuit Clerk Rebecca L. Loto
to b/ and J Page 4. See other side

Page 10 of 12

Can be Charge with Conspiring
With Shatyra Rasheed, Donna L Mendez,
Monica Washington, Shelley E Saltzman,
Thomas Puckett, Judge Elrod They passes
Texas Parole Board 14-10322, (illegal)
30 Years (WR-82,981-07) 3:18-CV-1454

(15) (3:18-CV-3309) David L. Horan
illegal 25years WR-82,981-08

(16) (4:19-CV-442) (illegal) 9 months
WR-82,981-10 (4:19-CV-774) and
(4:19-CV-714-Read O'Conner) Contempt
bad judge Abuse of Office he
Cannot be assigned everywhere,

(17) 20-10754 (illegal) Life Sentence,
(WR-82,981-12) NO. 4:19-CV-799

Page 10.

Sept. 2019 Judge Reed O'Conner's, see 17-50473; No: 6:17cv-295, 16-50522, 6:15cv-285. How do Reed O'Conner Possess power over Waco, Texas (. McLennan County), Forth Werth (Turrunt County) but his offie is Amarillo (Pottes County)? He is challengeing Congress.

FINAL.

10) I Demand to be heard as My RIGHTS. NO judge Can enforce illegal state Court Convictions. I DEMAND a copy of all pleadings. (Judge Elrod) is served

Page 11. see other side

Page 12 of 12

I demand the return of my Exhibits, No official Federal employee have immunity from criminal liability, stealing discovery. Judicial complaint Department still have not returned Documents, Misuse of Office Read O'Conner's is Served 42 USC 81985(2)(3) Violating Fourteenth Amendment, 81 10/9/2025, he shall produce his records.

Lowell DeQuincy Oliver # 519622

to be cont

Page 12

**25-40314**

Mr. Lowell Quincy Green
#518622
CID Telford Prison
3899 State Highway 98
New Boston, TX 75570

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain

Message-Id:<16615317@txnd.uscourts.gov>
Subject:Activity in Case 2:25-cv-00217-Z-BR Green v. Unknown Defendants Notice
of Application of a Prior Sanction Order To Close New Case
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronically, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 10/1/2025 9:17 AM CDT and filed
on 10/1/2025

Case Name: Green v. Unknown Defendants

Case Number: 2:25-cv-00217-Z-BR
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?409833

Filer:

WARNING: CASE CLOSED on 10/01/2025

Document Number: 3


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177118031837?caseid=409833&de_seq_num=9&magic
_num=MAGIC



Docket Text:
Notice that the clerk has been instructed
to apply the attached sanction order to the submissions indexed under number:
2:25-cv-217. The sanction order was originally filed in: 3:24-cv-2864 and
states: "Plaintiff Lowell Quincy Green (Green) is barred from filing
or removing any future actions in this or any other federal court without
first paying the applicable filing fee or obtaining leave of court.".
That order prohibits the filing of a case, so the number assigned to this
closed matter remains for indexing purposes only. (ars)



2:25-cv-00217-Z-BR Notice has been electronically mailed to:


2:25-cv-00217-Z-BR Notice required by federal rule will be delivered by other
means (as detailed in the Clerk's records for orders/judgments) to:

Lowell Quincy Green
#00518622
TDCJ Telford Unit
3899 State Highway 98 South
New Boston, TX 75570



Lowell Green #5196021
Telford Unit
3899 State Hwy 98
New Boston, TX 75570

"Judicial Complaints"

Judge Road O'Connor's
United States District Court
Northern District of Texas
205 S.E. 5th Ave # 133
Amarillo TX 79101

RECEIVED
OCT 15 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

*(handwritten)* ① Carlson v. Green, 446 U.S. 14-19 (1980)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

*(handwritten)* ② (A Judge Cannot Challenge Congress)

LOWELL QUINCY GREEN,
TDCJ No. 518622,

*(handwritten)* 19-10322 (5th Cir) Dr Quincy Green

                          Plaintiff,

*(handwritten)* 3:18-CV-1454-M-BT, 3:18-CV-

VS. *(handwritten)* 2566-ED Kinkeade        No. 3:24-CV-2864-D *(handwritten)* violated

ED KINKEADE, *(handwritten)* his own oath, 3:21-CV-3190-EKK

                          Defendant. *(handwritten)* Contempt, $50 Million Dollars

**JUDGMENT**

*(handwritten)* ③ FALSE IMPRISONMENT 3:22-CV-01248
FBI Record, U.S. Dept of Justice

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is ordered and adjudged that this action is dismissed without prejudice under 28 U.S.C. § 1915(g).

*(handwritten)* ④ On Rebecca Rutherford "bask Congress is Real Party. See Green v. Entire Court, Bivens 3:20-CV-03654, 42 USC 1985 (2)(3) conspiring Eighth, Federal Constitution Fourteenth Amendment

Plaintiff Lowell Quincy Green ("Green") is barred from filing or removing any future actions in this or any other federal court without first paying the applicable filing fee or obtaining leave of court.

Any case filed or removed by Green without paying the applicable filing fee shall not be reviewed by the court unless Green obtains leave of court to file it from a Judge of a United States Court of Appeals, a United States District Judge, or a United States Magistrate Judge.

*(handwritten)* Appendix out 19-10208 (Recorded) Vine J. Boyle 3:18-CV-2118

For any case that Green files or removes to this court that is not accompanied by a motion for leave to file, the Clerk of Court is directed to:

(1) open a new case for administrative purposes only;

*(handwritten)* ⑤ 10322 (Barbara M G Lynn Final $50 Million Dallas, 3:18-CV-1454-M-BT Lowell Quincy Green 10/5/2025

(2) docket Green's filings and a copy of the judgment in this case in that new

case; and

(3) close the case without further order of the court.

Filings other than a motion for leave or a notice of appeal shall be docketed for administrative purposes only and will not otherwise be addressed or acknowledged by the court.

Done at Dallas, Texas January 23, 2025.

SIDNEY A. FITZWATER
SENIOR JUDGE

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain

*363·8·2nd 877 4n5*
*5thCv/US Sup 6/23/2025*

Message-Id:<16363243@txnd.uscourts.gov>
Subject:Activity in Case 3:25-cv-01391-X-BT Green v. Biery Notice of Application
of a Prior Sanction Order To Close New Case
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed electronically, if
receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document
during this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 6/10/2025 12:57 PM CDT and filed
on 6/10/2025

Case Name: Green v. Biery

Case Number: 3:25-cv-01391-X-BT
https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?404944

Filer:

WARNING: CASE CLOSED on 06/10/2025

Document Number: 3


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.txnd.uscourts.gov/doc1/177117752183?caseid=404944&de_seq_num=12&magi
c_num=MAGIC


Docket Text:
Notice that the clerk has been instructed
to apply the attached sanction order to the submissions indexed under number:
3:25-cv-01391-X-BT. The sanction order was originally filed in: 3:24-CV-2864-D
and states: Plaintiff Lowell Quincy Green ("Green") is barred
from from filing or removing any future actions in this or any other federal
court without first paying the applicable filing fee or obtaining leave of
court. That order prohibits the filing of a case, so the number assigned
to this closed matter remains for indexing purposes only. (twd)


3:25-cv-01391-X-BT Notice has been electronically mailed to:


3:25-cv-01391-X-BT Notice required by federal rule will be delivered by other
means (as detailed in the Clerk's records for orders/judgments) to:

Lowell Dequincy Green
#00518622
TDCJ Telford Unit
3899 State Highway 98 South
New Boston, TX 75570

*[Handwritten: JURY TRIAL DEMAND]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

*[Handwritten: 10/15/2025]*

LOWELL DEQUINCY GREEN,

§
§
§

*Plaintiff,*

§
§

*[Handwritten: 5:18cv-259, 3:18cv-2556]*

v.

§
§
§

PAROLE BOARD,

§

Civil Action No. 3:24-CV-2860-X-BN

*[Handwritten: 3:21-cv-3190 cannot violate Green's federal rights, the Judge need to check the clerks, cannot change numbers. 18USC§242]*

*Defendant.*

§
§

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED,** and **DECREED** that:

1.  This case is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

2.  Plaintiff Lowell Dequincy Green is hereby **BARRED** from filing future actions in this court or any other federal court without first obtaining leave of court.

2.  The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

3.  The Court prospectively **CERTIFIES** that any appeal of this action

1

would not be taken in good faith.[1]  In support of this certification, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation.[2]  Based o          dings, Conclusions, and Recommendation, the Court finds that          al of this action would present no legal point of arguable merit an would, therefore, be frivolous.[3]  In the event of an appeal, the plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit.[4]

Each party shall bear its own fees, and defendants shall be awarded costs.[5] All relief not expressly granted is denied.   This is a final judgment.

**IT IS SO ORDERED** this 6th day of January 2025.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1915(a)(3); FED. R. APP. PROC. 24(a)(3).

[2] *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997).

[3] *See Howard v. King*, 707 F.2d 215, 219–20 (5th Cir. 1983) (per curiam).  Federal Rule of Appellate Procedure 4(a) governs the timeline for appealing an order.   A timely notice of appeal must be filed even if the district court certifies an appeal as not taken in good faith.

[4] *See Baugh*, 117 F.3d at 202; FED R. APP. PROC. 24(a)(5).

[5] *See* FED. R. CIV. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party.").

2

SHALL NOT DISREGARD, U.S. SUPREME COURT

JUDGE REED O'Con 's

Shall adhere to his Oath,

not breach his own Oath.

10/05/2025                                    Page 1 of

JUDICIAL NOTICE:

DATE: August 5, 2025

IN THE SUPREME COURT OF THE

UNITED STATES OF AMERICA

OFFICE OF Scott S. Harris, Clerk

1. Lowell DeQuincy Green, #518622
Barry B. Telford
3899 State Hwy 98
New Boston, TX 75570

2. On November 20, 2024, Deputy
Clerk Angela Jiminez, Filed
Lowell DeQuincy Green #518622
V.

3. Texas Board of Pardons and
Paroles. 42 USC § 1983 the
Original Complaint U.S.D.C

NO. 6:18-CV-259 (E.D.Tex.          :
Tyler Division August 10,
2018) FALSE IMPRISONMENT

by United States District
Judge Robert W. Schneider God

RECEIVED
AUG 20 2025
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Page 1. See other side

Page 2 of

Magistrate Judge John D. Love, Violated United States Constitution Fourteenth Amendment. The Supreme Court held that a parolee enjoys a "Conditional Liberty" protected by due process in Morrissey v. Brewer, 408 U.S. at 485 - 89 (1972).

FACTS: PUBLIC RECORDS:

4. Lowell Belluncy Green was arrested May 23, 1989, Cause no. F89-97008-HT 283rd District Court Dallas County Texas,

5. unlawfully knowingly and

Page 2.

intentionally operated a
motor-propelled vehicle, namely:
an automobile without
the effective consent
of Richard Eliott, the
owner thereof. Tex. Penal
Code Ann. § 31.07. TRUE
BILL OF INDICTMENT. Prose-
cutor D. Prkott, Dallas
County Criminal District
Attorney Office, May 23, 1989

6. NO offense was alleged
under Texas Penal Code
§ 31.07, the State did
not allege Lowell Quincy
        Page 3, see other side

Green unlawfully intentionally
or knowingly operate a
motor-propelled vehicle
namely: a 1980 Light
Blue Cadillac, 2 Door
Automobile, license Plate
Number, license Plate Year,
Vehicle Identification
Number, Value of the
Automobile, and with
intent to deprive the
Owner Richard Elliott, 3753
Bernal Drive ~~Dallas~~,
~~Dallas~~ Texas 75212 of

Page 4.

his automobile, May 23, 1989,

7. Lowell Quincy Green was on

parole Cause no. F86-69877-LV,

292nd District Court Dallas

County, Texas November 19, 1986

Unauthorized Use Automobile,

December 19, 1986 Plea Bargain

6 years, Tex. Dept. Corrections,

January 1987 Tox #440123,

enhancement Cause no.

F82-90247-RU 291st District

Court Dallas County, Texas,

September 21, 1982 Aggravated

Robbery ~~Bodily Injury~~ Bodily Injury

November 17, 1982 Plea Bargain

5 years, Tex. Dept. Correction

Page 5. See other side

December 12, 1982 TDC # 346775,

7. Thus, Cause no. F86-69827-LV

292nd District Court Dallas

County, Texas, 6 yrs, UUMV,

Lowell Quincy Green # 440123,

Was released November 1986,

Dallas County Parole Officer Ms.

Cheryl Hunt, Signed the Governors

Contract. Tex. Code Crim. Proc.

Ann. art. 42.12. The Board

of Pardons and Paroles Created

by Article 4, Section II of

the Constitution of

the State, shall admini-

ster the provision of

Page 6.

the Act respecting deter-
mination of which prisoners
shall be paroled from an
institution operated by the
Department of Corrections,
the Conditions of such paroles,
and may recommend the
revocation of parole by the
Governor. 414 F. Supp. 379,
Tex. Civ. Stat. Ann. arts. 2292-
2, §1 provides: The Adult
Probation and Parole Office
and all assistant probation
and parole officers shall
be of good moral character
. Page 7. See other side

Page 8 of

and acquainted with the
Adult Probation and Parole Law. 414
F. Supp. 379 (N.D.Tex. Fort Worth Divi-
sion 1976).

(B) May 23, 1989 Texas Department
of Public Safety (State) Trooper,
and Dallas Police Agency arrested
Parolee Lowell Quincy Green B/M
DoB: 05/13/1965 Social Security
Number Last Four Digits
3440, Address: 3753 Bernal
Drive Dallas, Texas 75212,
Offense: Evading Arrest
Detention On I-30 in a
1980 Light Blue Cadilliac,
Page 8.

*Page 9 of*

2 Door Automobile (DPD 0000)
TX( 057000) Sheriff's Office
Agency Case Arrest Records
"3696216 ( Dallas County Jail )
Booking Fingerprints/ Identi-
fication.

✱ This information is shared
with the United States
Department of Justice Federal
Bureau of Investigation
Criminal Justice Information
Service Division (CJIS)
1000 Custer Hollow Road
Clarksburg, WV 26306
DC000012
TCN WV FBUM02-2021108203517-Eoo-
0000-22483,

Page 9. See other side

Page 10 of

FBI - UCN 34604AA

NCN EZ021312000000274701

Agency Case D76898621312

SID-TX03036024  May 23, 1989

Lowell Quincy Green ~~████~~ (F86-69827LV)

(9) LOWELL DEQUINCY GREEN Cause

NO. F89-97008-HT May 23, 1989

283rd District Court of Dallas

County, Texas, Prosecutor D. Pickett,

Public Defender Julius Whittier

Judge Jack Hampton - Presided

SID-TX03036024 August 10, 1989

Jury Trial Illegal 30 Years

Foreman of the Jury: Mary Jane Serris,

Tex. Code Crim. Proc. Ann. Art.

42.01.81 The Written Judgment,

was not Signed, Texas Depot.

of Correction - Diagnostic Unit

Huntsville, Texas (Intake),

Page 10.

Page 11 of

LOWELL DEQUINCY GREEN, TDC NO. 578622,
August 28, 1989. Cause Number
F89-97008-HH 283rd District Court
of Dallas County, Texas 30 years
unauthorized Use automobile
3rd Degree Felony

10. NOTICE OF APPEAL to the Fifth
Supreme Court of Texas at Dallas
Sept. 08, 1989 Cost $72.00
Judge Jack Hampton Green V.
State, NO. 05-89-01170-CR
"Unknown" Appellate Counsel
he and/or she never Seen
LOWELL DEQUINCY GREEN Cause
NO. F89-97008-HH 283rd District
Court of Dallas County, Texas,
NO. 05-89-01170-CR (Tex. App-
Dallas June 11, 1990) Affirmed,

page 11. See other side

Pet. ref'd)

(11) LOWELL DEQUINCY GREEN V. The State of Texas. Petition For Dis-cretionary Review In The Texas Court of Criminal Appeals, NO. 0592-90 (unknown) Public Defender Filed NO. 05-89-01170-CR, Fifth Court of Appeals at Dallas, Tr. Ct. NO. F89-97008-H 283rd District Court of Dallas County, Texas December 12, 1990 Refused, Mandate January 29, 1991,

(12) October 1993 LOWELL DEQUINCY GREEN #518622 Cause Number F89-97008-H, 283rd District Court of Dallas County, Texas

Page 12.

Page 13 of

Paroled to 119 Roger Street McGregor, Texas 76657. Parole Officer Jack Little (illegal) parole Contract from the beginning under Texas Business Code and Commerce Code, (same as the UCC) Sec. 3.408 signed Texas Board of Pardons and Paroles, Jack Little October 1993 (Waco) Texas (McLennan) County, Lowell DEQUINCY GREEN TDC No. 518622, May 23, 1989 - October 1993...

(13) January 02, 1994 McGregor Police entered 119 Roger Street McGregor, Texas 76657, and arrested Lowell Quincy Green, offense/Complaint.

Page 13. See other side.

Officer Melanie, upon belief, Complainant Angela Ladesma, January 02, 1994 Smoking Crack Cocaine, with her Lesbian girl Jennifer Arbuckley and Tommy Thompson, at Angela house in McGregor, Texas (McLennan) Texas, Supplied by Lowell Quincy Green January 02, 1994 at 1:00 A.M. (Sunday) Morning.

(14) Angela Ladesma and Lowell Quincy Green Left together in Angela's truck Jan. 02, 1994 at 1:30 A.M. (Sunday) Morning and drove to a park in McGregor, TX, Angela said Lowell Quincy Green pulled a Knife on her and told her to get

Page 14.

Page 15 of

out of her clothes.
(15) Angela said that Lowell
Quincy Green was joking and
he gave her the knife, and
she got out of her clothes
inside of her truck and
gave Lowell Quincy Green some
pussy. Jan. 02, 1994 (offense)
report, Angela and Lowell
Quincy Green, a headed
back to Angela house, and
as she was driving down
madison street, Lowell Quincy
Green, hit Angela Ladesma
in her face, and pulled
the knife on her, and
to her to stop the
truck, and for her to
get out of her truck.

Page 15. see other side

Angela Ladesma took possession
of the Knife Jan. 02, 1994 at
1:45 A.M (sunday) Morning...

Lowell Quincy Green got out of
the truck and runned home.
Affiant McGregor Police Officer
Melanie Jan. 02, 1994 (1:45 A.M)

(16) Jan. 02, 1994 at 8:30 Am- 9:00 A.M.
McGregor Police officer's en-
tered 119 Roger Street McGregor,
Texas 76657 (without a search
warrant arrested Lowell Quincy
Green B/M DOB: 05/13/1965 Social
Security Number Last Four
Digits 3440, and trans-
ported him to City of
McGregor Jail 307 S. Madison
McGregor, Texas 76657 (Phone)
254-840-4225 ~~Pass~~ Constable

*Page 16.*

Brian Richardson (Public Records),
Aggravated Sexual Assault
with a Deadly Weapon,
Knife. Jan. 02, 1994  8:30-9:00 A.M,
(7) there was no physical evidence,
Angela Ladesma withheld the
deadly weapon, Knife. Brady, V.
Maryland, 383 U.S. 83 (1963)
The State of Texas V. Lowell Quincy
Green, Cause no. 1994-659-C
54th District Court of
Mclennan County, Texas, Indict-
ment: On or about Jan-
uary 02, 1994 Lowell Quincy Green,
B/M DOB: 05/13/1965 CID#02147
119 Roger street McGregor, Texas
76657 did then and there
intentionally or Knowingly

Page 17. see other side,

Page 18 of

Caused the penetration of the female Organ, with the Defendant Organ with the effective Consent of Angela Ladesma, and the Defendant

18 did then and there used or exhibited a deadly weapon, to-wit: a knife. Signed John Segrest McLennan County Criminal District Attorney. Judge George Allen,

19 Cause no. 1994-659-2 does not allege intentionally [and] knowingly caused the penetration of Angela Ladesma Vagina on or about Jan. 02, 1994, and does not alleged used [and] exhibited a deadly weapon, to-wit: a knife and caused Serious Bodily Injury to

Page 18.

Page 19 of

Complainant Angela Ladesma.

Texas Penal Code Ann. § 22,021, without evidence of serious bodily injury that Lowell Quincy Green used the deadly weapon to wit (knife) the indictment cause no. 1994 659-C 54th District Court of McLennan County, Texas is a misdemeanor, however the indictment does not connect Lowell Quincy Green's penis to Angela Ladesma's vagina Jan. 02, 1994 (Public Record) Jan. 08, 1994 Public Defender Russell D. Hunt, Sr, 424 Austin Avey Waco, Texas 76701

Page 19. See other sidey

Attorney/Client Folder Cause no. 1994-659-L 54th District Court McLennan County, Texas, does not allege any prior Convictions, Tex. Penal Code Ann. §12.42(d), the indictment is invalid..., and most definitely illegal on the United States Department of Justice Federal Bureau of Investigation (Records).

20) Moreover, Texas Department of Public Safety (DPS) 1817 E. Crest, Waco, Texas 76705 Lowell Quincy Green v. The State of Texas Cause no. 1994-659-L 54th District Court of McLennan County, Texas February 1994 POLYGRAPH TEST (Passed) and agreed John Segrest, Russell

Page 20.

D. Hunt, Sr; Judge George Allen,
DNA Testing Negative exculpatory
Lowell Quincy Green, Actual
Innocency, Cause no. 1994-659-C
54th District Court of McLennan
County, Texas PUBLIC RECORDS,
Gerstein v. Pugh, 420 U.S. 103
(lack of probable Cause);
21) Morrissey v. Brewer, 408 U.S.
471 (1972) Parole Board Leonard
Dixon, Jack Littley, and Com-
plainant Angela Ladesma,
February 1994 "NO" McGregor
Police attended, they abandon
Angela Ladesma on that
illegal indictment Cause
No. 1994-659-C 54th District
Court of McLennan County,

Page 21. See other side

Todos February 1994 live tape
recording Angela Ladesma com-
mitting aggravated perjury,
knowing she withheld the
deadly weapon, knife,
January 02, 1994 her finger-
prints and Crack Cocaine
residue is on that knife,
there is no DNA connecting
Lowell Quincy Green penis to
Angela Ladesma Vagina,
January 02, 1994 - February 1994

(22) Morrissey. 408 US 471 (1972)
Parole Attorney Melinda Bozart
discovery no evidence at all,
Angela Ladesma lied 1994-659-L.
(Parole Board) recorded (Feb. 1994)

Page 22.

23). The State of Texas V. Lowell Quincy Green Cause No. 1994-659-C 54th District Court of McLennan County, Texas SID-TX03036024 CID# 62147 TDC#578622, December 07, 1994 Judgment Judge George Allen- Presided District Attorney: John Segrest Public Defender: Russell D. Hunt, Sr,

23) Defendant: Lowell Quincy Green,

24) Possession of a Controlled Substance Namely: Cocaine: Punishment: 25 Years (illegal) and (unauthorized) by law, Texas Department of Correction for 8 1/2 years

Page 23. see other side,

Page 34 of

Lowell Quincy Green Cause no.
1994-659-2 54th District Court
of McLennan County Texas
December 07, 1994 (Sex) offender,
Paroleed May 20, 2002, 3909 Longstraw
Watauga, Texas (Tarrant) County,
Parole officer David Lincoln,
enforced (Special) Parking
Lowell Quincy Green Full Time
student Tarrant County
Community College, Police Records,
illegal and unauthorized by
David Lincoln, (414 F. Supp. 379)
Tex. Rev. Civ. State Ann. art.
2292-2, 81 Parole officer
David Lincoln was not of
good character on a void
indictment 1994-659-2, he
failed to examine the

Page 34.